

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  03/05/2020

March 5, 2020

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jonathan Burgos et al.*, 20 Cr. 182 (VEC)

Dear Judge Caproni:

   The Government respectfully writes to request to schedule the arraignment and initial pretrial conference in the above-referenced case. The parties have conferred and all parties are available on Monday, March 9, 2020 at 11:00 a.m.

   Respectfully submitted,

   GEOFFREY S. BERMAN
   United States Attorney for the
   Southern District of New York

   By: _____
   Juliana N. Murray
   Assistant United States Attorney
   (212) 637-2314

cc:   David Greenfield, Esq. (via ECF)
      David Ruhnke, Esq. (via ECF)
      James Neuman, Esq. (via ECF)
      Lorraine Galli-Rufo, Esq. (via ECF)

---

Application GRANTED. The parties are directed to appear at **11:00 A.M. on March 9, 2020**, in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.

SO ORDERED.          Date: 03/05/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE