

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

| | |
|---|---|
| USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 06/26/2020 | *The Silvio J. Mollo Building*<br>*One Saint Andrew's Plaza*<br>*New York, New York 10007* |

**BY ECF**

June 25, 2020

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Jonathan Burgos et al.*, 20 Cr. 182 (VEC)

Dear Judge Caproni:

      The Government respectfully submits this letter on behalf of all parties to jointly request that the Court adjourn the pretrial conference presently scheduled for July 1, 2020, at 3:00 p.m. for approximately 30 days, to permit the defendants sufficient time to review discovery.

      The Government respectfully requests that time between July 1, 2020 and the rescheduled pretrial conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).  The Government respectfully submits that the proposed exclusion would be in the interest of justice.  The Government understands that defense counsel consent to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *Juliana Murray*
Juliana N. Murray
Assistant United States Attorney
(212) 637-2314

---

Application GRANTED.  The Court finds that Defendants' interest in reviewing discovery outweighs the interests in a speedy trial and that the exclusion of time through August 4, 2020, is warranted.  The July 1 conference is adjourned to **August 4, 2020, at 2:00 P.M.**  No later than **July 28, 2020**, counsel must file a status update indicating whether the out-of-custody Defendants waive their physical appearance at the conference.

SO ORDERED.                    Date: 06/26/2020

*Valerie Caproni*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE