Case 1:20-cr-00182-VEC   Document 64   Filed 07/30/20   Page 1 of 1

# RUHNKE & BARRETT
## ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000  
973-746-1490 (FAX)

29 BROADWAY  
SUITE 1412  
NEW YORK, N.Y. 10006  
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)  ◊  JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

---

REPLY TO <mark>MONTCLAIR</mark> OFFICE

LETTER WAIVING APPEARENCE

July 27, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/30/2020
```

**MEMO ENDORSED**

Served and Filed Via ECF  
Hon. Valerie E. Caproni, U.S.D.J.  
Thurgood Marshal United States Courthouse  
40 Foley Square  
New York, N.Y. 10007

Re:  *United States v. Jonathan Burgos*, 20-cr-00182 (VEC)

Dear Judge Caproni:

    I write, respectfully, to advise the Court that my client, Jonathan Burgos, who is on release, waives his personal appearance for the status conference scheduled for August 3 at 2pm. It is my understanding that the conference will be conducted telephonically.

Respectfully submitted,  
/s/  
David A. Ruhnke

Via ECF: All Parties

---

Contrary to counsel's letter, the status conference is scheduled for August 4, 2020, at 2:00 P.M. Mr. Burgos and his counsel, along with counsel for the Government are directed to appear telephonically. All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0182. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

SO ORDERED.                    Date: 07/30/2020

*[Signature: Valerie Caproni]*

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE