USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA              :
                                      :   20-CR-182 (VEC)
       -against-                      :
                                      :   ORDER
JONATHAN BURGOS,                      :
                                      :
                          Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 15, 2020, Mr. Burgos filed a Motion to Suppress, Dkt. 89; and

WHEREAS on November 3, 2020, the Government responded in opposition to the Motion, Dkt. 95, and on November 19, 2020, Mr. Burgos replied in support of the Motion, Dkt. 102; and

WHEREAS on December 17, 2020, the Court scheduled oral argument in this matter to be held on Thursday, January 21, 2021, at 2:00 P.M. in Courtroom 443 of the Thurgood Marshall United States Courthouse, Dkt. 106;

IT IS HEREBY ORDERED that due to the rising number of COVID-19 cases in New York City, the Court prefers to hold the oral argument by video conference using Skype video. The parties will be emailed a Skype video link separately. Any interested members of the public may listen to the proceeding remotely by dialing 1-917-933-2166 and using the conference ID number 717799061. All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

IT IS FURTHER ORDERED that Mr. Burgos must either notify the Court that he does not consent to appearing by way of video or file a waiver of in person appearance by no later than **Friday, January 15, 2021.**

SO ORDERED.

Dated: January 7, 2021
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**