USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :      20-CR-182 (VEC)
    -against-                     :
                                  :      ORDER
JONATHAN BURGOS,                  :
                                  :
                     Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 9, 2021, the Government and Mr. Burgos filed motions *in limine*, Motions, Dkts. 128, 129; and

WHEREAS in the Government's motion, the Government stated that it is considering seeking a superseding indictment in this case, Motion, Dkt. 129 at 20–21 n.7;

IT IS HEREBY ORDERED that the Government must proceed to trial as scheduled on August 23, 2021, with the current indictment unless (a) the Government returns a superseding indictment on or before Friday, July 30, 2021; (b) the Defendant consents to proceeding to trial under any later-returned superseding indictment; or (c) the trial is adjourned.

**SO ORDERED.**

**Dated: July 23, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**