USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
                                            :
UNITED STATES OF AMERICA     :     **3500 PROTECTIVE ORDER**
                                            :
          - v. -              :     S1 20 Cr. 182 (VEC)
                                            :
JONATHAN BURGOS,             :
    a/k/a "John John,"      :
                                            :
              Defendant.    :
                                            :
                                            :
------------------------------ X

       Upon the application of the United States of America, Audrey Strauss, United States Attorney for the Southern District of New York, by and through Micah Fergenson, Michael Krouse, and Samuel Rothschild, Assistant United States Attorneys, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500, *Giglio v. United States*, 405 U.S. 150 (1972), and the Government's general disclosure obligations, relating to (1) witnesses the Government anticipates may be called to testify at trial ("3500 Material"), and (2) individuals the Government does not anticipate calling at trial ("Other Witness Material"), IT IS HEREBY ORDERED that:

       (1) defense counsel must destroy or return to the Government all 3500 Material (and any copies thereof) at the conclusion of the trial of this matter or when any appeal has

become final;

(2) the defense and the defendant are precluded from disseminating any of the 3500 Material (and any copies thereof) to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense;

(3) the defendant is precluded from taking or keeping any copies (paper or electronic) of the 3500 Material with him into any jail facility, whether before, during, or after trial, except that the defendant may review copies of the 3500 Material in the possession of defense counsel or any paralegal or staff employed by the defense, when in the presence of defense counsel or any paralegal or staff employed by the defense; and

(4) all Other Witness Material shall be marked "ATTORNEYS' EYES ONLY" and shall not be disseminated to the defendant or anyone else beyond defense counsel and any paralegal or staff employed by the defense – nor shall the names of witnesses reflected in any Other Witness Material be disclosed to the defendant – unless with the Government's consent or by further

order of the Court on defense application.

SO ORDERED.

Dated:    New York, New York
          August  9 , 2021

                                              _____
                                              THE HONORABLE VALERIE E. CAPRONI
                                              UNITED STATES DISTRICT JUDGE