USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
   UNITED STATES OF AMERICA             :

                                          :      20-CR-182 (VEC)
             -against-                     :

                                          :      ORDER
   JONATHAN BURGOS,                    :

                             Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS the final pretrial conference in this matter is scheduled for Monday, August 16, 2021 at 2:30 P.M., Dkt. 134; and

       WHEREAS trial is scheduled to commence on Monday, August 23, 2021 at 10:00 A.M., *id.*;

       IT IS HEREBY ORDERED that the Government must turn over all material pursuant to *Giglio v. United States*, 405 U.S. 150 (1972) to the Defense and each party must email Chambers copies of their witness and exhibit lists by no later than **Monday, August 16, 2021 at 10:00 A.M.** The Court also encourages the Government to turn over all Section 3500 material by that date.

**SO ORDERED.**

**Date: August 10, 2021**
       **New York, NY**
                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**