USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                                  :
                                                             :    20-CR-182 (VEC)
                   -against-                                 :
                                                             :        ORDER
   JONATHAN BURGOS,                                          :
                                                             :
                                    Defendant.               :
------------------------------------------------------------ X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 9, 2021, the parties each filed motions *in limine* in this matter, Dkts. 128, 129;

WHEREAS on August 15, 2021, Defense counsel filed a motion to sanction the Government for allegedly improperly advising a witness not to discuss potential testimony with anyone, Dkt. 144;

WHEREAS on August 16, 2021, the parties appeared for a final pretrial conference; and

WHEREAS as the conference, Defense counsel informed the Court that he was withdrawing his motion for sanctions;

IT IS HEREBY ORDERED that for the reasons stated at the conference, the Government's motion to admit evidence relating to the overdose of "Victim-1" on March 14, 2019, *see* Motion, Dkt. 128 at 5–12, is STAYED. The parties are encouraged to stipulate to facts, as described by the Court at the conference, that would allow the Government to introduce evidence without informing the jury that Victim-1 overdosed or died. The parties must inform the Court by no later than **Friday, August 20, 2021 at 10:00 A.M.** as to whether they were able to reach an agreement. If the parties cannot agree, the Court will rule on the motion.

IT IS FURTHER ORDERED that for the reasons stated at the conference, the remaining motions *in limine* are granted in part and denied in part.

The Clerk of Court is respectfully directed to close the open motions at 44, 128, 129, and 144.

**SO ORDERED.**

Date:  **August 16, 2021**
       **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**