USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA         :

                                         :      20-CR-182 (VEC)
          -against-                   :

                                         :      <u>ORDER</u>
  JONATHAN BURGOS,                :

                                         :
                         Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 15, 2020, Burgos filed a motion to suppress evidence obtained pursuant to three warrants, including a search warrant for Burgos' residence, Dkt. 89; and

       WHEREAS Burgos attached the application for the search warrant as an exhibit to his motion, *see* Dkt. 89-1 at A22–45, but did not attach the search warrant itself;

       IT IS HEREBY ORDERED that by no later than **Saturday, August 21, 2021 at 12:00 P.M.**, the Government must file a copy of the search warrant.

**SO ORDERED.**

Date:  August 20, 2021                          _____
        New York, NY                                **VALERIE CAPRONI**
                                                               **United States District Judge**