USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :   20-CR-182 (VEC)
         -against-                      :
                                        :   ORDER
JONATHAN BURGOS,                        :
                                        :
                            Defendant.  :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 23, 2021, trial commenced in this matter;

   IT IS HEREBY ORDERED that any interested members of the public may listen to the proceeding remotely by dialing 1-888-363-4749, using the access code 3121171 and the security code 0182.  Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  August 24, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**