USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA             :

                                          :                  20-CR-182 (VEC)

        -against-                  :

                                          :                    ORDER

JONATHAN BURGOS,              :

                                          :

                       Defendant.     :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 25, 2021, a jury returned guilty verdicts on the two counts in the Superseding Indictment (S1);

IT IS HEREBY ORDERED that a presentence investigation be conducted by the Probation Office and that a presentence report be prepared. The Government must provide a statement of the case to Probation within the next two weeks. Defense counsel must schedule Mr. Burgos' interview with Probation within the next two weeks.

IT IS FURTHER ORDERED that Mr. Burgos' sentencing will be held on **Tuesday, December 7, 2021 at 2:00 P.M.** Pre-sentencing submissions are due no later than **Tuesday, November 16, 2021**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 0182.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date:   **August 25, 2021**
     **New York, NY**

_____
           **VALERIE CAPRONI**
           **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.