```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
 UNITED STATES OF AMERICA          :
                                   :    20-CR-182 (VEC)
         -against-                 :
                                   :    ORDER
 JONATHAN BURGOS,                  :
                                   :
                      Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Burgos is scheduled to be sentenced on Tuesday, December 7, 2021 at 2:00 P.M., Dkt. 157; and

WHEREAS the Court is considering an upward variance from the guidelines sentence.

IT IS HEREBY ORDERED that the parties must come to Mr. Burgos' sentencing prepared to discuss whether an upward variance from the guidelines sentence is appropriate in Mr. Burgos' case.

**SO ORDERED.**

Date:  December 5, 2021
       New York, NY

**VALERIE CAPRONI
United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.