USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/06/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA  :
: 20-CR-182 (VEC)
-against- :
: ORDER
JONATHAN BURGOS, :
:
Defendant. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Burgos is scheduled to be sentenced on Tuesday, December 7, 2021 at 2:00 P.M. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, Dkt. 157.

IT IS HEREBY ORDERED that all parties must attend the sentencing in person. Interested members of the public may attend the sentencing in person or remotely, by dialing 1-888-363-4749, using the access code 3121171 and the security code 0182. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date:  December 6, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**