USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :
        -against-                    :    20-CR-182 (VEC)
                                     :
JONATHAN BURGOS,                     :    ORDER
                                     :
                        Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 15, 2023, the Court received Mr. Burgos's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, *see* Pet., Dkt. 206.

IT IS HEREBY ORDERED that the Clerk of Court is directed to open a parallel civil case for Mr. Burgos's civil petition. The document at 20-CR-182, Dkt. 206, should be docketed as Dkt. 1 in the new civil case. All future filings in this case must be filed in 20-CR-182.

**SO ORDERED.**

Date:  November 16, 2023
       New York, NY

**VALERIE CAPRONI
United States District Judge**